Filed 5/27/20

# IN THE SUPREME COURT OF CALIFORNIA

MONTROSE CHEMICAL CORPORATION
OF CALIFORNIA,
Petitioner,
v.
THE SUPERIOR COURT OF LOS ANGELES COUNTY,
Respondent;
CANADIAN UNIVERSAL INSURANCE
COMPANY, INC., et al.,
Real Parties in Interest.

S244737

Second Appellate District, Division Three
B272387

Los Angeles County Superior Court
BC005158

---

## ORDER MODIFYING OPINION

THE COURT:

The opinion in this matter filed April 6, 2020, and appearing at 9 Cal.5th 215, is modified as follows:

On page 223, replace the sentence "Montrose and the insurers, which are the real parties in interest here,[1] agree for purposes of this dispute that Montrose's primary coverage has been exhausted." with "Montrose and the insurers, which are the real parties in interest here,[1] agree the dispute before this court presents no issue about the exhaustion of Montrose's primary insurance."

This modification does not affect the judgment.